[No. 9874.  *En Banc.*  October 14, 1913.]

INTERNATIONAL DEVELOPMENT COMPANY, *Respondent*, v. W. R. CLEMANS
*et al.*, *Appellants*.[1]

Appeal from a judgment of the superior court for Spokane county,
Hinkle, J., entered July 17, 1911, upon findings in favor of the plain-
tiff, in an action for breach of covenants against incumbrances,
after a trial to the court.  Reversed.

*Forney & Moore* and *Samuel R. Stern*, for appellants.

*Danson, Williams & Danson* (*George D. Lantz*, of counsel), for
respondent.

ON REHEARING.

PER CURIAM.—After further consideration of this cause upon oral
argument and the briefs presented by counsel to the court *en banc*,
a majority of the court are led to concur in the views of Chief
Justice Dunbar expressed in the original decision of the cause re-
ported in 66 Wash. 620, 120 Pac. 79.  Upon the grounds there stated,
the judgment is reversed with instruction to dismiss the action.

---

[No. 11546.  Department Two.  October 17, 1913.]

THE STATE OF WASHINGTON, *on the Relation of Frank J. S. Conner*,
*Plaintiff*, v. THE SUPERIOR COURT FOR KING COUNTY,
*Respondent*.[2]

Application filed in the supreme court October 17, 1913, for a writ
of mandamus to compel the superior court for King county, Hum-
phries, J., to proceed with the trial of a cause.  Denied.

*J. L. Corrigan*, for relator.

*Bausman & Kelleher*, for respondent.

PER CURIAM.—This is an application for a writ of mandamus to
compel honorable John E. Humphries, judge of the superior court
of King county, to vacate an order made by him on May 10th, 1913,
delaying the trial of a certain cause pending in said court, wherein
Frank J. S. Conner, the relator herein, is plaintiff, and the Seattle
National Bank, a corporation, is defendant, and to further compel
the trial judge to proceed with the trial of said cause.  Upon an
examination of the record, we conclude that the trial judge has
acted within his discretion, and that no abuse of discretion has been
shown.

The writ is denied.

[1]Reported in 135 Pac. 660.

[2]Reported in 135 Pac. 1199.